IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER WEST, as the personal representative of the Estate of Ronald West, Jr., deceased; <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | **8:17CV36** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED that the progression order is amended as follows:

1) The deadlines for filing motions for summary judgment are:

   As to the statute of limitations: October 25, 2019.
   As to all other issues: January 15, 2020.

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 15, 2020.

3) The settlement conference previously scheduled to be held on November 8, 2019 is cancelled.

October 9, 2019   BY THE COURT:

   *s/ Cheryl R. Zwart*
   United States Magistrate Judge