IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER WEST, as the personal representative of the Estate of Ronald West, Jr., deceased;<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:17CV36<br><br>**ORDER** |

IT IS ORDERED:

1) Filing No. 63 is **stricken.**

2) The deadlines for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds remain set for November 22, 2019.

3) The settlement conference previously scheduled to be held on November 8, 2019 is cancelled.

Dated this 10th day of October, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge